# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA

### HUNTINGTON

**MARCELLUS DWAIN WILLIAMS,**

    **Plaintiff,**

v.                                                            Case No. 3:17-cv-03714

**WEST VIRGINIA REGIONAL**
**JAIL AUTHORITY, et al.,**

    **Defendants.**

### **PROPOSED FINDINGS AND RECOMMENDATION**

This matter is assigned to the Honorable Robert C. Chambers, United States District Judge, and it is referred to the undersigned United States Magistrate Judge for submission of proposed findings and recommendations for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B). Pending before the court are PrimeCare Medical, Inc.'s Motion to Dismiss or, in the alternative, Motion for Summary Judgment (ECF No. 15), PrimeCare Medical, Inc.'s Supplemental Motion to Dismiss (ECF No. 35), and the plaintiff's Motion for Entry of Default Judgment (ECF No. 49).

    **A.**    **PrimeCare Medical, Inc.'s motions are moot.**

During a motions hearing held on July 25, 2018, the plaintiff indicated that he no longer wished to pursue his claim against PrimeCare Medical, Inc. and agreed to the voluntary dismissal of that defendant. Thus, on July 25, 2018, the undersigned entered an Order dismissing the plaintiff's claim against PrimeCare Medical, Inc., without prejudice, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Accordingly, in light of such dismissal, it is respectfully **RECOMMENDED** that the presiding District Judge **DENY AS MOOT** PrimeCare's Motion to Dismiss or, in the alternative, Motion for Summary Judgment (ECF No. 15) and Supplemental Motion to Dismiss (ECF No. 35).

### C.   The plaintiff's Motion for Entry of Default Judgment.

On March 6, 2018, the plaintiff filed a Motion for Entry of Default Judgment (ECF No. 49), in which he requested that the court enter a default judgment against Officer Glover for failing to timely file a responsive pleading.  However, that same date, the undersigned entered an Order (ECF No. 50) granting Officer Glover's Motion for Extension of Time to File Responsive Pleading (ECF No. 45), and directing Officer Glover to file a responsive pleading by March 20, 2018.  On March 8, 2018, Officer Glover filed an Answer to the Complaint (ECF No. 51), and on March 19, 2018, Officer Glover filed a Motion to Dismiss (ECF No. 53) and Memorandum of Law in support thereof (ECF No. 54).

Accordingly, the undersigned proposes that the presiding District Judge **FIND** that Officer Glover complied with the court-ordered deadlines and there is no basis for a default judgment herein.  Therefore, it is respectfully **RECOMMENDED** that the presiding District Judge **DENY** the plaintiff's Motion for Entry of Default Judgment (ECF No. 49).

The parties are notified that this Proposed Findings and Recommendation is hereby **FILED**, and a copy will be submitted to the Honorable Robert C. Chambers, United States District Judge. Pursuant to the provisions of Title 28, United States Code, Section 636(b)(1)(B), and Rules 6(d) and 72(b), Federal Rules of Civil Procedure, the parties shall have fourteen days (filing of objections) and three days (mailing) from the

date of filing this Proposed Findings and Recommendation within which to file with the Clerk of this Court, specific written objections, identifying the portions of the Proposed Findings and Recommendation to which objection is made, and the basis of such objection. Extension of this time period may be granted by the presiding District Judge for good cause shown.

Failure to file written objections as set forth above shall constitute a waiver of *de novo* review by the District Court and a waiver of appellate review by the Circuit Court of Appeals. *Snyder v. Ridenour*, 889 F.2d 1363 (4th Cir. 1989); *Thomas v. Arn*, 474 U.S. 140 (1985); *Wright v. Collins*, 766 F.2d 841 (4th Cir. 1985*); United States v. Schronce*, 727 F.2d 91 (4th Cir. 1984). Copies of such objections shall be served on the opposing party and Judge Chambers.

The Clerk is directed to file this Proposed Findings and Recommendation and to mail a copy of the same to the plaintiff and to transmit a copy to counsel of record.

July 26, 2018

Dwane L. Tinsley
United States Magistrate Judge