IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

MARCELLUS DWAIN WILLIAMS,

    Plaintiff,

v.            CIVIL ACTION NO. 3:17-3714

WEST VIRGINIA REGIONAL
JAIL AUTHORITY, et al.,

    Defendants.

**MEMORANDUM OPINION AND ORDER**

    This action was referred to the Honorable Dwane L. Tinsley, United States Magistrate Judge, for submission to this Court of proposed findings of fact and recommendation for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B). The Magistrate Judge has submitted findings of fact and recommended that the Court grant the Motion to Dismiss filed by the West Virginia Regional Jail Authority, the Western Regional Jail, and Administrator King. ECF No. 31. No party has filed objections to the Magistrate Judge's findings and recommendations.

    Accordingly, the Court accepts and incorporates herein the findings and recommendation of the Magistrate Judge and Court **GRANTS** the Motion to Dismiss filed by the West Virginia Regional Jail Authority, the Western Regional Jail, and Administrator King, consistent with the findings and recommendations.

    The Court **DIRECTS** the Clerk to forward copies of this written opinion and order to all counsel of record, and any unrepresented parties.

            ENTER:  September 6, 2018

                ROBERT C. CHAMBERS
                UNITED STATES DISTRICT JUDGE